IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03cr561 |
| | ) | |
| v. | ) | |
| | ) | |
| NOE LOPEZ-VARGAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 189 be stricken from the record for the following reason(s):

- Duplicate document of number 188.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 189 from the record.

DATED this 16th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge